# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MEGHAN COSTELLO,

    Plaintiff,

v.                                        CASE NO. 6:11-CV-1782-ORL-36KRS

CASSADAGA FISH HOUSE, LLC, MBA 33
MANAGEMENT COMPANY, LLC and
DANNY HUNT,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on May 18, 2012 (Doc. 21). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the Joint Motion for Approval of Settlement, filed on May 17, 2012 (Doc. 20). Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

-2-

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 20) is **GRANTED**. The Settlement Agreement (Doc. 20, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 4, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD